| | |
|---|---|
| **From:** | Bradley, Patrick J. - DPU |
| **To:** | Olsen, Surani S. - DPU |
| **Cc:** | Haskins, Shiron L. - HR; Bingham, April N. - DPU |
| **Subject:** | Memo of Discussion - Water Resources Review Discussion |
| **Date:** | Thursday, July 14, 2022 5:29:49 PM |
| **Attachments:** | image002.png |
| | image004.png |

Surani

This is to memorialize our discussion regarding communication between yourself and Water Resources customers.

Starting immediately, for each review that requires an email be sent to a customer to clarify requirements related to permit issuance and plan reviews the draft of the email shall be sent to April Bingham, Jonathan Cosby and myself.

For internal communications with PDR and other city agencies, please provide a cc: to April, Bingham, Jonathan Cosby and myself.

If you have any questions please let us know.

Thank you

Patrick Bradley
Deputy Department Director, Senior
Collection Systems and Regulatory Affairs
City of Richmond, VA Department of Public Utilities
1801 Commerce Rd
Richmond, VA 23224
Email: Patrick.bradley@rva.gov
Office: 804-646-6964
Cell: 804-774-6805
https://www.rva.gov/public-utilities
https://rvah2o.org


