| | |
|---|---|
| **From:** | Henderson, Brenda M. - HR |
| **To:** | Olsen, Surani S. - DPU |
| **Subject:** | Follow up email |
| **Date:** | Monday, August 1, 2022 2:27:51 PM |
| **Importance:** | High |

Good afternoon Ms. Olsen:.

Just a reminder and follow up to our meeting held 7/15/22. If you still plan to pursue your complaint, please have your completed forms to me no later than **8/15/22** by Close of business. Thank-you.

**Brenda M. Henderson, MPA, SHRM-SCP, IPMA-SCP**
EEO Manager/Veterans Outreach Manager
City of Richmond
900 E. Broad St., Room 902
Richmond, VA 23219

Office: (804) 646-3250 * Fax: (804) 646-6856 **\* Brenda.henderson@rva.gov**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it contain confidential and/or privileged information meant for the listed recipient(s) only. You may not distribute or share this correspondence without written authorization from the above author. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission and its attachments without saving them in any manner.