| | |
|---|---|
| **From:** | Brodie, Patra R. - DPU |
| **To:** | Olsen, Surani S. - DPU |
| **Cc:** | Whitehurst, Eric - DPU; Logan, Annette K. - DPU |
| **Subject:** | RE: Frontline Payroll Training |
| **Date:** | Saturday, August 5, 2023 11:32:51 AM |

Hello Surani,

This is an mandatory training for all employees, despite your FLSA Classification.

I look forward to seeing you in one of the sessions.

Thanks

## Patra Brodie, M.Ed
**Learning and Workforce Development Team**

**From:** Olsen, Surani S. - DPU
**Sent:** Friday, August 4, 2023 4:22 PM
**To:** Brodie, Patra R. - DPU <Patra.Brodie@rva.gov>
**Cc:** Whitehurst, Eric - DPU <​​​​​​​​​​​​​​​​​​>; Logan, Annette K. - DPU <​​​​​​​​​​​​​​​​​​>
**Subject:** Re: Frontline Payroll Training

Hi Patra,

Is this payroll training for exempt or non-exempt employee?

Surani

Surani Olsen, M.Eng., PE, CFM
Program and Operations Manager

**From:** Brodie, Patra R. - DPU <Patra.Brodie@rva.gov>
**Sent:** Tuesday, August 1, 2023 12:10 PM
**To:** Olsen, Surani S. - DPU <​​​​​​​​​​​​​​​​​​>
**Cc:** Whitehurst, Eric - DPU <​​​​​​​​​​​​​​​​​​>; Logan, Annette K. - DPU <​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Supervisor Payroll Training - Surani Olsen

The class is mandatory, however if you do not have any direct reports you need to attend one the Frontline Employee sessions.

Thanks

# Patra Brodie, M.Ed
**Learning and Workforce Development Team**

**From:** Olsen, Surani S. - DPU
**Sent:** Tuesday, August 1, 2023 11:50 AM
**To:** Brodie, Patra R. - DPU
**Subject:** RE: Supervisor Payroll Training - Surani Olsen

No. I registered because I received an email that requires me to register from Annette that is cc-ed to Eric.

**From:** Brodie, Patra R. - DPU
**Sent:** Tuesday, August 1, 2023 11:49 AM
**To:** Olsen, Surani S. - DPU <
**Subject:** Fwd: Supervisor Payroll Training - Surani Olsen

Hi Surani,

Do you currently have direct reports?

Patra Brodie, M.Ed
Department of Public Utilities
Learning and Development
Phone: 804-646-7456

Begin forwarded message:

> **From:** Surani Olsen <noreply@jotform.com>
> **Date:** August 1, 2023 at 11:47:38 AM EDT
> **To:** "Brodie, Patra R. - DPU" <Patra.Brodie@rva.gov>
> **Subject: Re: Supervisor Payroll Training - Surani Olsen**
> **Reply-To:**

**CAUTION:** This message is from an external sender - Do not open attachments or click links unless you recognize the sender's address and know the content is safe.



**Supervisor Payroll Training**



You can edit this submission and view all your submissions easily.