IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SURANI OLSEN,<br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND,<br>Defendant. | ) | Lead Civil Action No. 3:23CV475 (RCY)<br>Civil Action No. 3:25CV956 (RCY) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for Consolidation (ECF No. 47). The Parties submitted this filing in response to the Court's Order dated December 10, 2025 (ECF No. 43), which directed them to confer regarding whether the complaint filed in Case No. 3:25cv956 (hereinafter, the "New Complaint") should be consolidated with the instant matter.

Having complied with the Court's Order, the Parties filed the Joint Motion for Consolidation, representing that they broadly agree that the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. ECF No. 47 ¶ 1. The Court agrees, finding such action would be in the interest of the judicial economy.

However, the Parties dispute whether all allegations set forth in the New Complaint are properly before the Court. *Id.* ¶¶ 4–5. Specifically, Defendant requests that the Court order (1) Plaintiff to identify which paragraphs in the New Complaint—if any—were not included in the operative complaint in this action and which she intends to pursue going forward; and (2) grant Defendant leave (i) to file a supplemental answer addressing those identified paragraphs and, to the extent necessary, (ii) to assert any additional defenses related to those allegations. *Id.* ¶ 5.

Upon due consideration, the Court GRANTS the Joint Motion for Consolidation (ECF No. 47) and ORDERS that Case No. 3:25cv956 be CONSOLIDATED with this action.

To that end, the Court **DIRECTS** the Clerk to consolidate *Olsen v. City of Richmond*, Case No. 3:25cv956, with *Olsen v. City of Richmond*, Case No. 3:23cv475, subject to the following directives:

1. The Court ESTABLISHES *Olsen v. City of Richmond*, Case No. 3:23cv475, as the Lead Case. The parties are DIRECTED to ONLY file in the Lead Case, moving forwards.

2. Every pleading filed in connection with this action SHALL include the identification "Lead Civil Action No. 3:23CV475."

3. The Court DIRECTS the Clerk to file this Order in both Case No. 3:23cv475 and Case No. 3:25cv956.

Moreover, to resolve any confusion regarding the operative pleading document and which of Plaintiff's claims serve as the foundation of the case moving forwards, in the interest of judicial economy, the Court **ORDERS** Plaintiff to **file an Amended Complaint within THIRTY (30) days** of the entry of this Order. The Amended Complaint must set forth the claims upon which Plaintiff wishes to proceed and will become the sole, operative Complaint in this action. The Amended Complaint may not refer to or incorporate by reference any of Plaintiff's prior Complaints, and it may not include any claims that this Court has already dismissed with prejudice. Defendant SHALL file a responsive pleading to the Amended Complaint within FOURTEEN (14) days of Plaintiff's filing.

Finally, the Court DENIES Plaintiff's Motion for Leave to File Supplemental Pleadings (ECF No. 31) as MOOT, in light of the foregoing.

In addition to the instructions above, the Clerk is further DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: January 14, 2026
Richmond, Virginia