UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| **SURANI S. OLSEN**, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:23-cv-475 |
| **CITY OF RICHMOND**, | : |
| Defendant. | : |

**AMENDED MOTION FOR LEAVE TO WITHDRAW AS LEGAL COUNSEL**

COMES NOW, S. Marshall Griffin, Esq., of the law firm The Griffin Law Firm, PLLC, counsel for Plaintiff Surani Olsen ("Plaintiff"), pursuant to Local Rules 7 and 83.1(G) of the United States District Court for the Eastern District of Virginia, and respectfully moves this Court for leave to withdraw as counsel of record in the above-captioned matter ("Motion"). This amendment is filed to notify the Court of Plaintiff's decision to discharge Attorney Griffin and proceed as a *pro se* litigant in this matter. In support thereof, counsel states as follows:

1. Plaintiff is currently represented by S. Marshall Griffin, Esq., of The Griffin Law Firm, PLLC. ("Withdrawing Counsel").

2. Withdrawal of counsel is now proper under Rule 1.16 of the Virginia Rules of Professional Conduct and the Local Civil Rules of this Court. Pursuant to Rule 1.16(a)(3), a lawyer must withdraw when discharged by Client. Client has indicated that she no longer desires Attorney Griffin to represent her in the above captioned matter, and intends to proceed *pro se*.

3. Withdrawing Counsel has advised Plaintiff that he will continue to act as counsel of record

until the Court grants this Motion. Plaintiff has also been urged to retain new counsel as soon as possible in order to protect her legal interests and ensure a smooth transition. Withdrawing Counsel has taken steps to prepare Plaintiff's client file and will provide secure access to that file.

4. Withdrawing Counsel has provided a copy of this Motion prior to its filing to Plaintiff. Plaintiff consents to the withdrawal.

5. Withdrawing Counsel has also informed Plaintiff that, upon the Court's approval of this Motion, all future filings, notices, and correspondence in this matter should be directed to Plaintiff directly at her email address, sso20231016@gmail.com.

6. The matter is currently set for trial on July 6, 2026, consistent with the Court's Rule 16(b) Scheduling Order. ECF No. 44. A settlement conference has been directed and is scheduled for March 24, 2026. ECF No. 46.

7. Neither party has propounded any discovery upon the other as of the date of this Motion.

8. The only currently scheduled deadlines are those set forth in the Scheduling Order and the Settlement Conference Order.

9. The case remains in its early stages, and Plaintiff has filed a second related complaint as a *pro se* litigant, which complaint was most recently amended. A joint motion regarding the status of the two cases has been filed in accordance with direction from the Court and is pending before the Court. No party will be prejudiced by withdrawal at this time. The undersigned will continue to coordinate with opposing counsel on immediate obligations pending resolution of this Motion.

WHEREFORE, S. Marshall Griffin, Esq., and the firm The Griffin Law Firm, PLLC, respectfully requests this Honorable Court:

(a) Grant leave for counsel to withdraw from representation of Plaintiff Surani Olsen in

this matter;

 (b) Direct that all further communications and filings be sent directly to Plaintiff at her last known email address; and

 (c) Grant such other and further relief as this Court deems just and proper.

**UNDERSIGNED COUNSEL WAIVES ORAL ARUGMENT ON THIS MOTION**

Date: January 17, 2026          Respectfully submitted,

                 By Counsel:

                 /s/ _____

S. Marshall Griffin, Esq.
THE GRIFFIN LAW FIRM, PLLC
999 Waterside Drive
Suite 2500
Norfolk, VA 23510
Telephone: (757) 434-0198
Email: marshall@griffinlawdefense.com
*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that on January 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing document via CM/ECF. I also emailed a copy of this filing directly to Plaintiff.

 Surani Olsen
 Email: sso20231016@gmail.com

              By: /s/ _____

S. Marshall Griffin, Esq.
THE GRIFFIN LAW FIRM, PLLC
999 Waterside Drive
Suite 2500
Norfolk, VA 23510
Telephone: (757) 434-0198
Email: marshall@griffinlawdefense.com
*Counsel for Plaintiff*